**Order entered February 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01024-CR

**JESSICA JEWEL CORIN BENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-41572-X**

## ORDER

Before the Court is appellant's February 1, 2019 first motion for extension of time to file

her brief. We **GRANT** the motion and **ORDER** the brief filed on or before March 4, 2019.

/s/      CORY L. CARLYLE
         JUSTICE